## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **Villa Chardonnay Horses With Wings, Inc.** |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 2 7 – 0 6 6 6 6 2 4 |

4. Debtor's address

**Principal place of business**

__4554 Boulder Creek Rd__
Number        Street

__Julian, CA 92036__
City                              State    ZIP Code

__San Diego__
County

**Mailing address, if different from principal place of business**

__Po Box 1000__

Number        Street

__Julian, CA 92036-1000__
City                              State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State    ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | |

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **Non-Profit**

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                      MM / DD / YYYY

        Case number, if known _____

| | |
|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number        Street<br><br>_____<br>City        State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>Contact name  _____<br>Phone  _____ |

---

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    __Villa Chardonnay Horses With Wings, Inc.__          Case number *(if known)* _____
          Name

---

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8 / 31 / 2025
                MM / DD / YYYY

X _____          __Monika Kerber Perez__
Signature of authorized representative of debtor     Printed name

Title _____**President**_____

18. Signature of attorney

X  /s/ Michael R. Totaro
_____          Date  __08/31/2025__
Signature of attorney for debtor                   MM/ DD/ YYYY

__Michael R Totaro__
Printed name

__Totaro & Shanahan, LLP__
Firm name

__PO Box 789__
Number      Street

__Pacific Palisades__                    __CA__       __90272__
City                                     State        ZIP Code

__(310) 804-2157__                       __Ocbkatty@aol.com__
Contact phone                            Email address

__102229__                               __CA__
Bar number                               State

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration ___ Statement of Financial Affairs,  Verification of Mailing ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**08/31/2025**__          X _~signature~_
          MM/  DD/  YYYY          Signature of individual signing on behalf of debtor

**Monika Kerber Perez**
Printed name

**President**
Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of California

In re **Villa Chardonnay Horses With Wings, Inc.**

Debtor(s)

Case No. _____

Chapter _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Villa Chardonnay Horses With Wings, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____08/30/2025_____
Date

/s/ Michael R. Totaro

**Michael R Totaro**
Signature of Attorney or Litigant
Counsel for **Villa Chardonnay Horses With Wings, Inc.**
**Bar Number: 102229**
**Totaro & Shanahan, LLP**
**PO Box 789**
**Pacific Palisades, CA 90272**
**Phone: (310) 804-2157**
**Email: Ocbkatty@aol.com**

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  The Ark Watch andcCeline Myers c/o Manatt, Phelps & Phillips, LLP 1 Embarcadero Ctr Fl 30 San Francisco, CA 94111-3719 | | Judgment | Disputed | $2,010,429.10 | $3,900,000.00 | $2,010,429.10 |
| 2  Cynthia Montgomery C/O Allen Kate 888 Prospect St Ste 200 La Jolla, CA 92037-4261 | | Judgment | Disputed | | | $280,000.00 |
| 3  Internal Revenue Service General Insolvency Operations Po Box 7346 Philadelphia, PA 19101-7346 | | Federal Tax Scam | Disputed | $225,267.70 | $3,900,000.00 | $225,267.70 |
| 4  ARK Watch Foundation Manatt, Phelps & Phillips, LLP 203 Redwood Shores Pkwy Ste 450 Redwood City, CA 94065-6100 | | Judgment | Disputed | $160,060.02 | $3,900,000.00 | $160,060.02 |
| 5  San Diego Department of Gas & Electric Po Box 25111 Santa Ana, CA 92799-5111 | | Utility | Disputed | | | $115,000.00 |
| 6  Darlene Sears 2420 Gondar Ave Long Beach, CA 90815-2214 | | Judgment Lien | Disputed | $64,542.32 | $3,900,000.00 | $64,542.32 |
| 7  Internal Revenue Service Po Box 7346 Philadelphia, PA | | Federal Tax Scam | Disputed | $56,880.00 | $3,900,000.00 | $56,880.00 |
| 8  Santos Rodriguez Attn. Labor Commissioner's Office 320 W 4th St Ste 340 Los Angeles, CA 90013-2343 | | Labor Commission Award | Disputed | $46,343.67 | $3,900,000.00 | $46,343.67 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 State of California Labor Commission<br><br>464 W 4th St 478<br>Sn Bernrdno, CA 92401-1407 | | Fees for Labor Hearings | Disputed | $43,517.49 | $3,900,000.00 | $43,517.49 |
| 10 Internal Revenue Service<br><br>General Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | Federal Tax Scam | Disputed | $39,944.54 | $3,900,000.00 | $39,944.54 |
| 11 John Deere Financial<br><br>6400 Nw 86th St<br>Johnston, IA 50131 | | Agreement | Disputed | $41,000.00 | $39,000.00 | $16,000.00 |
| 12 Rey Velazquez<br><br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 | | Labor Hearing Judgment | Disputed | $12,280.30 | $3,900,000.00 | $12,280.30 |
| 13 San Diego Department of Gas & Electric<br><br>Po Box 25111<br>Santa Ana, CA 92799-5111 | | Utility | Disputed | | | $10,000.00 |
| 14 Benjamin Moreno<br><br>Attn. Labor Commissioner's Office<br>3737 S Main St # 850<br>Riverside, CA 92501 | | Labor Commission Award | Disputed | $9,700.09 | $3,900,000.00 | $9,700.09 |
| 15 Waste Management<br><br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108-4046 | | Judgment | Disputed | $9,656.31 | $3,900,000.00 | $9,656.31 |
| 16 Santos Figueroa<br><br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 | | Labor Hearing Judgment | Disputed | $5,726.98 | $3,900,000.00 | $5,726.98 |
| 17 ARK Watch Foundation<br><br>Manatt, Phelps & Phillips, LLP<br>203 Redwood Shores Pkwy Ste 450<br>Redwood City, CA 94065-6100 | | | Disputed | $64,998.29 | $3,900,000.00 | $3,004.30 |
| 18 Allstate Propane<br><br>31500 Grape St # 3-404<br>Lake Elsinore, CA 92532-9709 | | Supplies | | | | $990.00 |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____ **Villa Chardonnay Horses With Wings, Inc.** _____

United States Bankruptcy Court for the:

_____ **Southern District of California** _____

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................................................

   | $3,900,000.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................................

   | $78,280.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................................................

   | $3,978,280.00 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................

   | $6,667,352.82 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

   | + $405,990.00 |

4. **Total liabilities**................................................................................................................................................
   Lines 2 + 3a + 3b

   | $7,073,342.82 |

Fill in this information to identify the case:

Debtor Name    Villa Chardonnay Horses With Wings, Inc.

United States Bankruptcy Court for the: _____ Southern _____ District of _____ California

                                                                              (State)

Case number (If
known):    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.

    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2.  **Cash on hand**                                                                                          _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Chase Bank | Checking account | 9 0 3 0 | $280.00 |

4.  **Other cash equivalents** *(Identify all)*

    4.1 _____    _____

    4.2 _____    _____

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $280.00 |

| **Part 2:** | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.

    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1 _____    _____

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13**   Creditor's name

John Deere Financial (2)

Creditor's mailing address

Attn. Customer Service

Po Box 5328

Madison, WI 53705-0328

Creditor's email address, if known

_____

Date debt was incurred    03/26/2024

Last 4 digits of account    2 7 4 6
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including
         this creditor, and its relative
         priority.

       _____

     ☐ Yes. The relative priority of creditors
         is specified on lines _____

Describe debtor's property that is subject to a lien

2024 Gator

Describe the lien

Agreement

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: $39,000.00

Column B: $39,000.00

**Remarks:** 2 utility vehicles. 1 Two Seater and 1 Four Seater

7.2 _____  _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____  _____

   8.2 _____  _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.  [_____]

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... → _____

    face amount          doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =..... → _____

    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  [_____]

### Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____  _____  _____

    14.2 _____  _____  _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____  _____  _____  _____

    15.2. _____  _____  _____  _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                                   ┌─────────────┐
                                                                                          │ _____ │
                                                                                          └─────────────┘

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                                   ┌─────────────┐
                                                                                          │ _____ │
                                                                                          └─────────────┘

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | | | |
| | 42.2 _____ | | | |
| | 42.3 _____ | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☑ No

  ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☑ No

  ❑ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ❑ No. Go to Part 9.

  ☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| | 47.1 **2024 John Deere 4052M** / Tractor and Duty Box Blade | unknown | | $39,000.00 |
| | 47.2 **2024 Gator** / 4 Seats XUV855M S4, 2 Seats HPX815E | unknown | | $39,000.00 |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

48.1 _____

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

$78,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Horse Sancutary** / 4554 Boulder Creek Rd Julian, CA 92036 | Fee Simple | unknown | | $3,900,000.00 |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$3,900,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:**    Intangibles and intellectual property

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.                                  _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

---

**71.** **Notes receivable**

Description (include name of obligor)

_____ − _____ = ➡ _____
                Total face amount         doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

_____     Tax year _____     _____

_____     Tax year _____     _____

**73.** **Interests in insurance policies or annuities**

_____     _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     _____

Nature of claim     _____

Amount requested     _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     _____

Nature of claim     _____

Amount requested     _____

**76.** **Trusts, equitable or future interests in property**

_____     _____

**77.** **Other property of any kind not already listed** Examples: Season tickets, country club membership

| | |
|---|---|
| 300 Horses, sick and elderly | unknown |
| 300 Cats Sick and elderly | unknown |
| 2 Alpaca sick and elderly | unknown |
| 30 chickens and roosters elderly | unknown |
| 1 Blind Bull | unknown |
| 4 Peacocks elderly | unknown |
| 5 Turkeys elderly | unknown |
| 3 Turtles | unknown |
| 9 Donkeys elderly | unknown |
| 10 Goats elderly | unknown |

_____ 1 Lamb elderly _____     _____ unknown

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.                          _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 12:     Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $280.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $78,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................................→ | | $3,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.*  + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $78,280.00  + 91b. | $3,900,000.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................     $3,978,280.00

Debtor name  **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **California**

(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1** Creditor's name

  **Andres Sandoval**

Describe debtor's property that is subject to a lien

Horse Sanctuary

| $2,843.22 | $3,900,000.00 |

Creditor's mailing address

  **Attn. Labor Commissioner's Office**

  3737 Main St Ste 850

  Riverside, CA 92501-3350

Creditor's email address, if known

  _____

Date debt was incurred   05/01/2024

Last 4 digits of account   6  1  6  2
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

  **See continuation page.**

Describe the lien

  **Labor Hearing Judgment**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
    Page, if any.**

$6,667,352.82

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2 Creditor's name**

ARK Watch Foundation

**Creditor's mailing address**

Manatt, Phelps & Phillips, LLP

203 Redwood Shores Pkwy Ste 450

Redwood City, CA 94065-6100

**Creditor's email address, if known**

_____

Date debt was incurred    07/20/2022

Last 4 digits of account    4  6  6  6
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Horse Sanctuary                                    $64,998.29        $3,900,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** Creditor's name

**ARK Watch Foundation**

Creditor's mailing address

**Manatt, Phelps & Phillips, LLP**

**203 Redwood Shores Pkwy Ste 450**

**Redwood City, CA 94065-6100**

Creditor's email address, if known

_____

Date debt was incurred    **08/23/2023**

Last 4 digits of account number    **4 6 6 6**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Judgment**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $160,060.02 | $3,900,000.00 |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | that supports this claim |

**2.4** Creditor's name

**Benjamin Moreno**

Creditor's mailing address

**Attn. Labor Commissioner's Office**

**3737 S Main St # 850**

**Riverside, CA 92501**

Creditor's email address, if known

_____

Date debt was incurred    **10/28/2020**

Last 4 digits of account   **1   1   4   6**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

**Labor Commission Award**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$9,700.09**      **$3,900,000.00**

| Part 1: | Additional Page | | *Column A* | *Column B* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** Creditor's name

**Carol Armbrust**

Creditor's mailing address

**P.O. Box 203**

**Chester, ID 83421**

Creditor's email address, if known

_____

Date debt was incurred    **03/16/2020**

Last 4 digits of account    **5  7  3  2**
number

Do multiple creditors have an interest in the same property?

❏ No

☑ Yes. Have you already specified the relative priority?

   ❏ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No
❏ Yes

Is anyone else liable on this claim?

❏ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

|  | unknown | $3,900,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** Creditor's name

**Darlene Sears**

Describe debtor's property that is subject to a lien

Horse Sancutary

$64,542.32          $3,900,000.00

Creditor's mailing address

**2420 Gondar Ave**

**Long Beach, CA 90815-2214**

Describe the lien

**Judgment Lien**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **09/25/2024**

Last 4 digits of account number    **1  0  5  1**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.1**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.7  Creditor's name**

Elias Villafuerte-Rubio

**Describe debtor's property that is subject to a lien**

Horse Sancutary

$0.00     $3,900,000.00

**Creditor's mailing address**

Attn. Labor Commissioner's Office

320 W 4th St Ste 450

Los Angeles, CA 90013-2479

**Describe the lien**

Labor Hearing Award

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/28/2020

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    9 7 9 2

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Remarks:** Creditor was previously paid $18639.12

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** Creditor's name

**Internal Revenue Service**

Creditor's mailing address

**General Insolvency Operations**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Creditor's email address, if known

_____

Date debt was incurred    **11/20/2024**

Last 4 digits of account    **2  8  8  4**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** Part of a Scam, No taxes owed

Describe debtor's property that is subject to a lien
Horse Sanctuary

Describe the lien

**Federal Tax Scam**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | | |
|---|---|---|
| | $225,267.70 | $3,900,000.00 |

Debtor **Villa Chardonnay Horses With Wings, Inc.**   Case number (if known) _____
Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.9** Creditor's name

**Internal Revenue Service**

Creditor's mailing address

**General Insolvency Operations**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Creditor's email address, if known

_____

Date debt was incurred   **12/10/2024**

Last 4 digits of account   **0  4  2  0**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** Part of a Scam, No taxes owed

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Federal Tax Scam**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  | $39,944.54 | $3,900,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10** Creditor's name

**Internal Revenue Service**

Creditor's mailing address

**Po Box 7346**

**Philadelphia, PA**

Creditor's email address, if known

_____

Date debt was incurred    **02/04/2025**

Last 4 digits of account   **8  1  6  4**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Remarks:** Part of a Scam, No taxes owed

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

**Federal Tax Scam**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $56,880.00

Column B: $3,900,000.00

| **Part 1:**   Additional Page | | **Column A** | **Column B** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.11  Creditor's name**

**Investors Mortgage Lending Group, Inc**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Agreement

**$1,695,242.79**     **$3,900,000.00**

**Creditor's mailing address**

**Po Box 2354**

**Rcho Santa Fe, CA 92067-2354**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**   03/16/2020

**Last 4 digits of account number**   1  3  0  1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12 Creditor's name**

John Deere Financial

**Creditor's mailing address**

6400 Nw 86th St

Johnston, IA 50131

**Creditor's email address, if known**

_____

**Date debt was incurred**   03/27/2024

**Last 4 digits of account number**   2 7 4 8

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 John Deere 4052M

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| $41,000.00 | $39,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.14** Creditor's name

**Private Mortgage Lending, LLC**

Creditor's mailing address

**Po Box 2354**

**Rcho Santa Fe, CA 92067-2354**

Creditor's email address, if known

_____

Date debt was incurred    03/16/2020

Last 4 digits of account    0  1  4  5
number

Do multiple creditors have an interest in the same property?

❑ No

☑ Yes. Have you already specified the relative priority?

    ❑ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No

❑ Yes

Is anyone else liable on this claim?

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

Column A: unknown

Column B: $3,900,000.00

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.15 Creditor's name**
Raul Garcia

**Creditor's mailing address**
Attn. Labor Commissioner's Office

320 W 4th St Ste 450

Los Angeles, CA 90013-2479

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/28/2020

**Last 4 digits of account number**    5  9  6  2

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Remarks:** Creditor Claim was paid

**Describe debtor's property that is subject to a lien**
Horse Sancutary

**Describe the lien**
Labor Hearing Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $0.00
Column B: $3,900,000.00

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:**   Additional Page | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | that supports this claim |

**2.16**   **Creditor's name**

    **Rey Velazquez**

**Creditor's mailing address**

    **Attn. Labor Commissioner's Office**

    **3737 Main St Ste 850**

    **Riverside, CA 92501-3350**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **05/01/2024**

**Last 4 digits of account**   **1   1   5   7**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

**Labor Hearing Judgment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| $12,280.30 | $3,900,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.17** Creditor's name

**River Falls, LLC**

Creditor's mailing address

**Attn. June Sifuentes**

**2840 Fletcher Pkwy # 144**

**El Cajon, CA 92020-2111**

Creditor's email address, if known

_____

Date debt was incurred    **03/16/2020**

Last 4 digits of account   **3  7  0  0**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | unknown | $3,900,000.00 |

Debtor  **Villa Chardonnay Horses With Wings, Inc.**
_____ Name

Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.18** Creditor's name

**Santos Figueroa**

Creditor's mailing address

**Attn. Labor Commissioner's Office**

**320 W 4th St Ste 340**

**Los Angeles, CA 90013**

Creditor's email address, if known

_____

Date debt was incurred    **10/28/2020**

Last 4 digits of account number   **4  2  4  8**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Labor Hearing Judgment**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$5,726.98        $3,900,000.00

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.19 Creditor's name**

Santos Rodriguez

**Creditor's mailing address**

Attn. Labor Commissioner's Office

320 W 4th St Ste 340

Los Angeles, CA 90013-2343

**Creditor's email address, if known**

_____

**Date debt was incurred**    10/28/2020

**Last 4 digits of account**    1  1  5  5
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Labor Commission Award

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | $46,343.67 | $3,900,000.00 |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.20 Creditor's name**

**Small Business Association**

Creditor's mailing address

**CESC Covid EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Creditor's email address, if known

_____

Date debt was incurred    **01/15/2022**

Last 4 digits of account    **8  2  0  4**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $2,139,920.00 | $3,900,000.00 |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.21 Creditor's name**

State of California Labor Commission

**Describe debtor's property that is subject to a lien**

Horse Sancutary

**Describe the lien**

Fees for Labor Hearings

Column A: $43,517.49

Column B: $3,900,000.00

**Creditor's mailing address**

464 W 4th St 478

Sn Bernrdno, CA 92401-1407

**Creditor's email address, if known**

_____

**Date debt was incurred**    June 2, 2022

**Last 4 digits of account number**    0  4  5  9

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Villa Chardonnay Horses With Wings, Inc.**                    Case number (if known) _____
          <sub>Name</sub>

---

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |

**2.22  Creditor's name**

**The Ark Watch andcCeline Myers**

**Creditor's mailing address**

**c/o Manatt, Phelps & Phillips, LLP**

**1 Embarcadero Ctr Fl 30**

**San Francisco, CA 94111-3719**

Creditor's email address, if known

_____

Date debt was incurred      **06/18/2024**

Last 4 digits of account    **7  7  3  9**
number

Do multiple creditors have an interest in
the same property?
- ☐ No
- ☑ Yes. Have you already specified the
    relative priority?

  - ☐ No. Specify each creditor, including
      this creditor, and its relative
      priority.

      _____

  - ☑ Yes. The relative priority of creditors
      is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sancutary

**Describe the lien**

**Judgment**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

|  | $2,010,429.10 | $3,900,000.00 |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.23** Creditor's name

**Waste Management**

Creditor's mailing address

**Attn. Rentto & Rentto**

**3517 Camino Del Rio S Ste 412**

**San Diego, CA 92108-4046**

Creditor's email address, if known

_____

Date debt was incurred    **03/06/2024**

Last 4 digits of account    **1 8 1 5**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sancutary

Describe the lien

**Judgment**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$9,656.31**

Value of collateral: **$3,900,000.00**

Fill in this information to identify the case:

Debtor name     **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the:

    **Southern District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____     _____

**2.2**   Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

_____     _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Allstate Propane**

31500 Grape St # 3-404

Lake Elsinore, CA 92532-9709

Date or dates debt was incurred    2025

Last 4 digits of account number   4   3   3   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$990.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Bruno Gonzalez**

c/o Adamson Ahdoot, LLP

1150 S Robertson Blvd

Los Angeles, CA 90035

Date or dates debt was incurred    11/22/2022

Last 4 digits of account number   7   2   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Unknown**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**Cynthia Montgomery**

C/O Allen Kate

888 Prospect St Ste 200

La Jolla, CA 92037-4261

Date or dates debt was incurred    10-18-2022

Last 4 digits of account number   4   1   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$280,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**San Diego Department of Gas & Electric**

Po Box 25111

Santa Ana, CA 92799-5111

Date or dates debt was incurred    2025

Last 4 digits of account number   5   0   0   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$115,000.00**

Debtor   **Villa Chardonnay Horses With Wings, Inc.**
         Name                                                      Case number *(if known)* _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 |
| --- | --- | --- | --- |

**3.5** Nonpriority creditor's name and mailing address

**San Diego Department of Gas & Electric**

Po Box 25111

Santa Ana, CA 92799-5111

As of the petition filing date, the claim is:    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Utility**

Date or dates debt was incurred    2020-2022

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor   **Villa Chardonnay Horses With Wings, Inc.**
         Name

Case number *(if known)* _____

5.   Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $405,990.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $405,990.00 |

Debtor name **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**

(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor name     **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: _____**Southern**_____ District of ____**California**____
                                                                              (State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
    *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
    creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1  Monika Kerber Perez | P.O. Box 1000 | | Small Business Association | ☑ D  ❑ E/F  ❑ G |
| | Street | | | |
| | | | Investors Mortgage Lending Group, Inc | ☑ D  ❑ E/F  ❑ G |
| | Julian, CA 92036 | | | |
| | City     State     ZIP Code | | River Falls, LLC | ☑ D  ❑ E/F  ❑ G |
| | | | Carol Armbrust | ☑ D  ❑ E/F  ❑ G |
| | | | Private Mortgage Lending, LLC | ☑ D  ❑ E/F  ❑ G |
| | | | Benjamin Moreno | ☑ D  ❑ E/F  ❑ G |
| | | | Santos Figueroa | ☑ D  ❑ E/F  ❑ G |
| | | | Santos Rodriguez | ☑ D  ❑ E/F  ❑ G |

Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | State of California Labor Commission | ☑ D ☐ E/F ☐ G |
| | | ARK Watch Foundation | ☑ D ☐ E/F ☐ G |
| | | ARK Watch Foundation | ☑ D ☐ E/F ☐ G |
| | | Waste Management | ☑ D ☐ E/F ☐ G |
| | | Andres Sandoval | ☑ D ☐ E/F ☐ G |
| | | Elias Villafuerte-Rubio | ☑ D ☐ E/F ☐ G |
| | | Rey Velazquez | ☑ D ☐ E/F ☐ G |
| | | Raul Garcia | ☑ D ☐ E/F ☐ G |
| | | The Ark Watch andcCeline Myers | ☑ D ☐ E/F ☐ G |
| | | Darlene Sears | ☑ D ☐ E/F ☐ G |
| | | Bruno Gonzalez | ☐ D ☑ E/F ☐ G |
| | | John Deere Financial | ☑ D ☐ E/F ☐ G |
| | | Cynthia Montgomery | ☐ D ☑ E/F ☐ G |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.2 | _____ | Street _____ _____ City _____ State _____ ZIP Code _____ | _____ | ❏ D ❏ E/F ❏ G |
| 2.3 | _____ | Street _____ _____ City _____ State _____ ZIP Code _____ | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | Street _____ _____ City _____ State _____ ZIP Code _____ | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ _____ City _____ State _____ ZIP Code _____ | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City _____ State _____ ZIP Code _____ | _____ | ❏ D ❏ E/F ❏ G |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**<br>MM/ DD/ YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $800,000.00 |
| For prior year: | From **01/01/2024**<br>MM/ DD/ YYYY | to | **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,000,000.00 |
| For the year before that: | From **01/01/2023**<br>MM/ DD/ YYYY | to | **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,949,300.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2025**<br>MM/ DD/ YYYY | to | Filing date | _____ | _____ |
| For prior year: | From **01/01/2024**<br>MM/ DD/ YYYY | to | **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |
| For the year before that: | From **01/01/2023**<br>MM/ DD/ YYYY | to | **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **San Diego Department of Gas & Electric** <br> Creditor's name <br> **Po Box 25111** <br> Street <br><br> **Santa Ana, CA 92799-5111** <br> City        State     ZIP Code | _____ <br><br> _____ <br><br> _____ | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City        State     ZIP Code <br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| | | | |

Debtor **Villa Chardonnay Horses With Wings, Inc.** _____ Case number *(if known)* _____
           Name

5.1. _____
     Creditor's name

     Street

     City          State    ZIP Code

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | 6.1. _____<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | XXXX–\_ \_ \_ \_ | | |

---

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | Ark Watch v. Villa Chardonnay<br><br>**Case number**<br>37-202-00044666 | Business Collection | San Diego Superior Court<br>Name<br>330 W Broadway<br>Street<br><br>San Diego, CA 92101-3825<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
   | 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
   | The Ark Watch, Darlene Myers v. Villa chardonnay<br><br>**Case number**<br>37-2023-00017739 | Collection | San Diego Superior Court<br>Name<br>330 W Broadway<br>Street<br><br>San Diego, CA 92101-3825<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Waste Management v. Villa Chardonnay | Collection | San Diego Superior Court <br> Name <br> 330 W Broadway <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 37-2022-00011815 | | San Diego, CA 92101-3825 <br> City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Deere V. Villa Chardonnay | Repossession | San Diego Superior Court <br> Name <br> 330 W Broadway <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 25CU019767C | | San Diego, CA 92101-3825 <br> City          State     ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Gonzalez v. Villa Chardonnay | Labor dispute | San Diego Superior Court <br> Name <br> 330 W Broadway <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> 37-2022-00047223 | | San Diego, CA 92101-3825 <br> City          State     ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Sears v Villa Chardonnay | | Superior Court of Los Angeles, Long Beach <br> Name <br> 275 Magnolia Ave <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 24LBCV01051 | | Long Beach, CA 90802-2909 <br> City          State     ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Montgomery v. Villa Chardonnay | Business Dispute | San Diego Superior Court <br> Name <br> 330 W Broadway <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 37-2022-00024123 | | San Diego, CA 92101-3825 <br> City          State     ZIP Code | |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

Debtor **Villa Chardonnay Horses With Wings, Inc.**

Name

Case number *(if known)* _____

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | Name |
| City      State      ZIP Code | Case number | Street |
| | | |
| | Date of order or assignment | City      State      ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City      State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss
If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.
List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor **Villa Chardonnay Horses With Wings, Inc.** _____ Case number _(if known)_ _____
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Totaro & Shanahan, LLP** | **Fees and Costs** | 08/27/2025 | $7,500.00 |
| | **Address** | | | |
| | **P.O. Box 789** Street | | | |
| | **Pacific Palisades, CA 90272-0789** City        State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.totaroandshanahan.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

   Do not include transfers already listed on this statement.

   ☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

13. **Transfers not already listed on this statement**

   List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☑ None

Debtor **Villa Chardonnay Horses With Wings, Inc.** Case number *(if known)* _____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Address**

Street _____

City _____ State _____ ZIP Code

**Relationship to debtor**

_____

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|

14.1. Street _____     From _____ To _____

City _____ State _____ ZIP Code

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. Facility name _____

Street _____

City _____ State _____ ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Chase Bank**<br>Name<br><br>Street<br><br>**CA**<br>City    State   ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | 9/2/2025 | $250.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | | | ☐ No |
| Street | | | ☐ Yes |
| | Address | | |
| City        State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | | | ☐ No |
| Street | | | ☐ Yes |
| | Address | | |
| City        State    ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ No

☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Moreno, Sandoval, Velasquez, Garcia, Rodriguez, Figueroa,** | **State of California Labor Commission** <br> Name <br> **464 W 4th St 478** <br> Street <br> **478** <br> **San Bernardino      CA** <br> **92401-1407** <br> City          State   ZIP Code | ~~Labor Disputes One Family~~ | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | | | |
| **18011 42-48-55-57-79- 60-61-62** | | | |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br> Street <br> City   State   ZIP Code | Name <br> Street <br> City   State   ZIP Code | | |

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br> Street <br> City   State   ZIP Code | Name <br> Street <br> City   State   ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br><br>Name<br><br>Street<br><br><br><br>City    State    ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **SM Kazim Raza**<br>     Name<br>     **17224 S. Figueroa St.**<br>     Street<br><br>     **Gardena, CA 90248**<br>     City    State    ZIP Code | From _____  To **2023** |
| 26a.2.  **Penny M. Fox, CPA**<br>     Name<br>     **15615 Alton Parkway 450**<br>     Street<br><br>     **Irvine, CA 92618**<br>     City    State    ZIP Code | **August**<br>From **2025**   To **Ongoing** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br><br>     Name<br><br>     Street<br><br><br><br>     City    State    ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Monika Kerber Perez**
Name

**4554 Boulder Creek Rd**
Street

_____

**Julian, CA 92036**
City        State        ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

     ☑ None

| Name and address |
|---|

26d.1.

Name

Street

_____

City        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

_____

City        State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Monika Kerber Perez** | **4554 Boulder Creek Rd Julian, CA 92036** | , O | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

_____    _____    _____       From _____
                                                                 To   _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**08/31/2025**___
              MM/  DD/  YYYY

X _~signature~_                                    Printed name ____**Monika Kerber Perez**____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____**President**____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

# United States Bankruptcy Court
## Southern District of California

**In re**    Villa Chardonnay Horses With Wings, Inc.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**FLAT FEE**

For legal services, I have agreed to accept ............................................................................... $0.00

Prior to the filing of this statement I have received .................................................................. $0.00

Balance Due ............................................................................................................................. $0.00

**[X]    RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................... $7,500.00
Including filing fee for Pre-Petition work
The undersigned shall bill against the retainer at an hourly rate of ......................................... 650.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____$1,738.00_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

/s/ Michael R. Totaro

__08/31/2025__

Date

Michael R Totaro
*Signature of Attorney*

Bar Number: 102229
Totaro & Shanahan, LLP
PO Box 789
Pacific Palisades, CA 90272
Phone: (310) 804-2157

**Totaro & Shanahan, LLP**

*Name of law firm*

IN RE: **Villa Chardonnay Horses With Wings,
Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**08/31/2025**____       Signature _____

Monika Kerber Perez, President

**Allstate Propane**
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709


**Andres Sandoval**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350


**ARK Watch Foundation**
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100


**Benjamin Moreno**
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501


**Bruno Gonzalez**
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035


**Carol Armbrust**
P.O. Box 203
Chester, ID 83421


**Cynthia Montgomery**
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261


**Darlene Sears**
2420 Gondar Ave
Long Beach, CA 90815-2214

**Elias Villafuerte-Rubio**
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

**Internal Revenue Service**
General Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Po Box 7346
Philadelphia, PA

**Investors Mortgage Lending Group, Inc**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**John Deere Financial**
6400 Nw 86th St
Johnston, IA 50131

**John Deere Financial (2)**
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

**Monika Kerber Perez**
P.O. Box 1000
Julian, CA 92036

**Private Mortgage Lending, LLC**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**Raul Garcia**
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479


**Rey Velazquez**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350


**River Falls, LLC**
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111


**San Diego Department of Gas
& Electric**
Po Box 25111
Santa Ana, CA 92799-5111


**Santos Figueroa**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013


**Santos Rodriguez**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343


**Small Business Association**
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243


**State of California Labor
Commission**
464 W 4th St 478
Sn Bernrdno, CA 92401-1407

**The Ark Watch andcCeline Myers**
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

**Waste Management**
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046