# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-03692-JBM **Chapter:** 11 |
| **Date / Time/ Room:** | 09/30/2025 11:00 AM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | Monette Warren |

### Matters:

EMERGENCY EX PARTE MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S FAILURE TO PROVIDE PROOF OF INSURANCE FILED ON BEHALF OF U.S. TRUSTEE (ON SHORTENED TIME)

### Appearances:

MICHAEL TOTARO, ATTORNEY FOR VILLA CHARDONNAY HORSES WITH WINGS, INC.
MONIKA KERBER PEREZ, REPRESENTATIVE FOR VILLA CHARDONNAY HORSES WITH WINGS, INC.
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
MEREDITH KING, ATTORNEY FOR RIVER FALLS, LLC, PRIVATE MORTGAGE LENDING, INC., THE ARMBURST LIVING TRUST

### Disposition:

Motion to dismiss is granted based on the lack of applicable insurance coverage as set forth on the record.

Witnesses sworn, examined and excused: Monika Kerber Perez

Order to be submitted by Ms. Hong and approved, as to form, by Mr. Totaro.